# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Embarcadero Center West | NEWPORT BEACH |
| CENTURY CITY | 275 Battery Street | NEW YORK |
| HONG KONG | San Francisco, California 94111-3305 | SHANGHAI |
| IRVINE | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| LONDON | FACSIMILE (415) 984-8701 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

OUR FILE NUMBER
027,559-121

June 21, 2005

WRITER'S DIRECT DIAL
(415) 984-8939

The Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

WRITER'S E-MAIL ADDRESS
sbunzel@omm.com

Re:   *Apple Computer, Inc. v. Schwartzstein, C-04-5383 PJH*

Your Honor:

I have communicated with your clerk, Nicole, regarding the status of this case. Defendant Schwartzstein is the only remaining named defendant. Because of ongoing settlement negotiations, he has not yet filed an answer. In light of this, Apple Computer, Inc., requests that the case management conference be continued to August 25, 2005, at 2:30 p.m. I anticipate that, before that time, the case will have either settled or we will be prepared to move the case forward.

Thank you for your consideration of this request.

Respectfully,

Sharon M. Bunzel
for O'MELVENY & MYERS LLP

IT IS SO ORDERED
Judge Phyllis J. Hamilton

cc:   John [illegible] (defendant Schwartzstein) (via facsimile: 408/371-8796)