# O'MELVENY & MYERS LLP

| BEIJING | Embarcadero Center West | NEWPORT BEACH |
| CENTURY CITY | 275 Battery Street | NEW YORK |
| HONG KONG | San Francisco, California 94111-3305 | SHANGHAI |
| IRVINE | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| LONDON | FACSIMILE (415) 984-8701 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

OUR FILE NUMBER
027,559-121

September 12, 2005

WRITER'S DIRECT DIAL
(415) 984-8939

The Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

WRITER'S E-MAIL ADDRESS
sbunzel@omm.com

Re:   *Apple Computer, Inc. v. Schwartzstein, C-04-5383 PJH*

Your Honor:

This matter is scheduled for a case management conference on September 22, 2005. As I previously reported to the Court, Defendant Schwartzstein is the only remaining named defendant. Mr. Schwartzstein has not yet filed an answer because the parties have been engaged in settlement negotiations. Those negotiations are continuing and the parties are hopeful that they will resolve the matter soon. As such, Apple Computer, Inc., respectfully requests that the case management conference be continued to October 27, 2005, at 2:30 p.m., a date I have cleared with the Court's Clerk, Nicole.

Thank You for Your consideration of this request.

Respectfully,

Sharon M. Bunzel
for O'MELVENY & MYERS LLP

cc:   John [illegible] (Defendant Schwartzstein) (via facsimile: 408/371-8796)

SF1:600858.1

[Stamp: IT IS SO ORDERED / Judge Phyllis J. Hamilton / UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA]