

**FILED**

OCT 2 4 2005

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

## O
## O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Embarcadero Center West | NEWPORT BEACH |
| BRUSSELS | 275 Battery Street | NEW YORK |
| CENTURY CITY | San Francisco, California 94111-3305 | SHANGHAI |
| HONG KONG | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| LONDON | FACSIMILE (415) 984-8701 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

OUR FILE NUMBER
027,559-121

October 20, 2005

WRITER'S DIRECT DIAL
(415) 984-8939

WRITER'S E-MAIL ADDRESS
sbunzel@omm.com

The Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

Re:    *Apple Computer, Inc. v. Schwartzstein, C-04-5383 PJH*

Your Honor:

This matter is scheduled for a case management conference on October 27, 2005. As I previously reported to the Court, Defendant Schwartzstein is the only remaining named defendant. Mr. Schwartzstein has not yet filed an answer because the parties have been engaged in settlement negotiations.

In early October, Mr. Schwartzstein retained a new attorney, Matthew Durkett. I understand that Mr. Durkett has been out of the District for the last two weeks, and in any event just last week received the file from Mr. Schwartzstein's previous lawyer. Based on my discussions with Mr. Durkett, I remain confident that this matter is very close to settlement. However, Mr. Durkett needs time to become familiar with the case and confer with his new client. He has requested that I seek a continuance of the case management conference, in order to avoid the potentially unnecessary costs of filing an answer and participating in the conference. We of course also seek to conserve judicial resources.

As such, Apple Computer, Inc., respectfully requests that the case management conference be continued to December 1, 2005, at 2:30 p.m., a date I have cleared with the Court's Clerk, Nicole.

**O'MELVENY & MYERS LLP**
The Honorable Phyllis J. Hamilton, October 20, 2005 - Page 2

Thank You for Your consideration of this request.

Respectfully,

Sharon M. Bunzel
for O'MELVENY & MYERS LLP

cc:    Matthew Durkett (attorney for defendant Schwartzstein) (via facsimile: 408/939-8601)

SF1:605290.1

IT IS SO ORDERED

PHYLLIS J. HAMILTON

DATE