# O'MELVENY & MYERS LLP

| | | |
|---|---|---|
| BEIJING | Embarcadero Center West | NEWPORT BEACH |
| CENTURY CITY | 275 Battery Street | NEW YORK |
| HONG KONG | San Francisco, California 94111-3305 | SHANGHAI |
| IRVINE | TELEPHONE (415) 984-8700 | SILICON VALLEY |
| LONDON | FACSIMILE (415) 984-8701 | TOKYO |
| LOS ANGELES | www.omm.com | WASHINGTON, D.C. |

OUR FILE NUMBER
027,559-121

November 23, 2005

WRITER'S DIRECT DIAL
(415) 984-8939

The Honorable Phyllis J. Hamilton
United States District Court
450 Golden Gate Avenue
San Francisco, California 94102

WRITER'S E-MAIL ADDRESS
sbunzel@omm.com

Re:   *Apple Computer, Inc. v. Schwartzstein, C-04-5383 PJH*

Your Honor:

This matter is scheduled for a case management conference on December 1, 2005. As I previously reported to the Court, Defendant Schwartzstein is the only remaining named defendant. I write to inform the Court of the status of this matter and to ask for a short continuance of the case management conference.

As the Court is aware, Apple had previously agreed to postpone the time within which Mr. Schwartzstein would file an Answer because the parties had been engaged in settlement negotiations. Apple had likewise postponed the initial case management conference, in an effort to conserve the time and resources of the Court and of the parties in the event that the matter settled without further litigation.

It now appears that settlement negotiations have broken down. In addition, Mr. Schwartzstein's representation by counsel appears to be in flux. I had been informed in early October that Mr. Schwartzstein had retained a new attorney, Matthew Durket. I now understand from Mr. Durket that that representation has not been finalized.

In light of the above, Apple has withdrawn its agreement to further postpone Mr. Schwartzstein's response to the Complaint. I have informed Mr. Schwartzstein and his lawyers that if Mr. Schwartzstein does not answer by December 1, 2005, Apple will move for entry of default at that time.

Having discussed this matter with the Court's Clerk, Nicole, **Apple requests a short continuance of the case management conference, to December 15, 2005**. This will allow Apple to either move for entry of default following the December 1, 2005 filing deadline for the Answer, or, if an Answer is filed, will give Apple an opportunity to discuss a Joint Case Management Conference with whomever appears on Mr. Schwartzstein's behalf.

O'MELVENY & MYERS LLP

The Honorable Phyllis J. Hamilton, November 23, 2005 - Page 2

Thank You for Your consideration of this request.

Respectfully,

*Sharon M. Bunzel*
for O'MELVENY & MYERS LLP

cc:  Matthew Durkett (via facsimile: 408/850-8045)
    John Vasil (via facsimile: 408/371-8796)
    David Schwartzstein (via certified mail)

SF1:609272.1

**IT IS SO ORDERED**
Judge Phyllis J. Hamilton
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA