GEORGE A. RILEY (S.B. #118304)
SHARON M. BUNZEL (S.B. #181609)
O'MELVENY & MYERS LLP
Embarcadero Center West
275 Battery Street
San Francisco, CA 94111-3305
Telephone: (415) 984-8700
Facsimile: (415) 984-8701

Attorneys for Plaintiff
Apple Computer, Inc.

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| Apple Computer, Inc.,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Doug Steigerwald, Vivek Sambhara, David Schwartzstein, and DOES 1 through 25,<br><br>　　　　　Defendants. | Case No. C-04-5383 PJH<br><br>[PROPOSED] JUDGMENT AND PERMANENT INJUNCTION AS TO DEFENDANT SCHWARTZSTEIN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 54(b) |

Pursuant to the Stipulation of plaintiff Apple Computer, Inc. ("Apple") and defendant David Schwartzstein ("Schwartzstein"), and for good cause shown,

IT IS HEREBY ADJUDGED, ORDERED, AND DECREED that:

1. Pursuant to Federal Rule of Civil Procedure 54(b), which allows entry of judgment as to fewer than all of the parties, the Court finds that there is no just reason to delay entry of judgment as to defendant Schwartzstein;

2. Final judgment is hereby ordered entered against Schwartzstein and in favor of Apple.

3. Schwartzstein is hereby permanently enjoined from possessing, controlling, distributing, transferring, copying, sharing, or communicating any information or property belonging to Apple, including, but not limited to information relating to products that Apple has not announced to the public as of the date of this Order;

4. Schwartzstein is hereby permanently enjoined from possessing, controlling, distributing, transferring, copying, sharing, or communicating any information or property that he acquired as a result of his contractual agreement with Apple, or his participation in the Apple Developer Connection program, including, but not limited to information relating to products that Apple has not announced to the public as of the date of this Order;

5. Schwartzstein shall immediately return to Apple any Apple information or materials received or taken from Apple (whether or not confidential), excluding any Apple hardware or software that Schwartzstein purchased in a retail setting.

6. None of the obligations or restrictions in this order shall apply to any Apple hardware or software purchased by Schwartzstein in a retail setting.

7. This Court shall retain jurisdiction of this action for purposes of resolving any disputes that may arise in the future regarding the Settlement Agreement and/or this Judgment, and for purposes of issuing such further orders and directives as

1 | may be necessary and appropriate for the interpretation, modification, or enforcement of
2 | the Settlement Agreement and/or this Judgment.
3 |     IT IS SO ORDERED.
4 | Dated: December 15, 2005

The Honorable Phyllis J. Hamilton
United States District Court

SF1:584009.1

- 3 -

[PROPOSED] JUDGMENT
CASE NO. C-04-5383 PJH